**THE GAGLIANO LAW FIRM, PLLC**
100 Stony Brook Court, Newburgh, New York 12550
Tel. (845) 527-6427 | Fax (845) 397-7517 | kevin@gaglianolaw.com

November 13, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York

Re: *Stanley v. County of Orange, et al.*
No. 7:26-cv-07650 (JGLC)

Dear Judge Clarke:

This firm represents Plaintiff in the above-referenced action. Pursuant to Section 4(e) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff writes to advise the Court and Defendant County of Orange (the "County") that, in response to the County's motion to dismiss (ECF Nos. 8–10), Plaintiff intends to file an amended complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before November 25, 2026.

In light of the forthcoming amendment, Plaintiff respectfully requests that her time to respond to the County's motion, currently due November 19, 2026 under Local Civil Rule 6.1(b), be held in abeyance. Should the County elect under Section 4(e) to rely on its initial motion, Plaintiff proposes that her opposition be due fourteen days after the County files its letter so advising the Court. This is Plaintiff's first request for an extension of this deadline, and the County consents to the request.

Plaintiff further notes that CHS TX, Inc., referenced in the County's motion, is a debtor in a pending Chapter 11 proceeding and cannot be joined while the automatic stay of 11 U.S.C. § 362 remains in effect. Plaintiff reserves the right to seek leave to add CHS TX, Inc. as a defendant should the stay be lifted or modified.

Plaintiff thanks the Court for its consideration.

Respectfully submitted,

Kevin Gagliano, Esq.
The Gagliano Law Firm, PLLC
Attorneys for Plaintiff

cc: All counsel of record (via ECF)

Plaintiff shall file an amended complaint by **November 25, 2026**. Defendant County of Orange shall, within 21 days of such amendment, file an answer, file a new motion to dismiss, or file a letter stating it intends to rely on the initially filed motion to dismiss. Should Defendant move to dismiss, either by filing a new motion to dismiss or indicating that it intends to rely on the previously filed motion, Plaintiff shall have 14 days thereafter to oppose the motion, and Defendant shall have 7 days thereafter to reply. The conference on December 9, 2026, remains as scheduled. The Clerk of Court is respectfully directed to terminate ECF No. 12.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 17, 2026
White Plains, New York